# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| LAND'OR INTERNATIONAL, INC. ) | Case No. 14-33104 |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| _____ ) | |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

UPON CONSIDERATION OF the foregoing Motion and having heard all responses, objections or comments thereto, if any, and the Court having determined that good cause exists for the granting of the relief prayed therein, it is hereby

ORDERED, that the Motion to Dismiss is GRANTED; and, it is further

ORDERED, that the Debtor's Chapter 11 Petition be and hereby is DISMISSED.

Jul 2 2014
_____
Date

/s/ Keith L. Phillips
_____
Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: 7/2/14 _____

I ask for this:


_/s/ Dawn C. Stewart_____
Dawn C. Stewart, Esq.

Seen and not objected to by U.S. Trustee,
Robert B. Van Arsdale


  /s/ Robert B. Van Arsdale_____

Copies to:

Electronically:

Office of the United States Trustee
Dawn C. Stewart, Esq.
All parties requesting notice

by first class mail:

Philip J. McNutt, Esq.
Top Twenty Unsecured Creditors


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of June, 2014, a copy of the foregoing Proposed Order was served electronically through the Court's ECF filing system, to the United States Trustee and to those parties requesting notice pursuant to Bankruptcy Rule 2002, and was mailed, postage prepaid, first class mail, to all creditors.


      /s/ Dawn C. Stewart_____
    Dawn C. Stewart, Esq.